UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Randi Torres,

          Plaintiff,

v.

PayPal Credit f/k/a Bill Me Later, Inc.,

          Defendant.

Civil Action No.: 4:17-cv-02422-RWS

*So Ordered*
*[signature] USDJ*
*12/8/17*

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Randi Torres ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 7, 2017

Respectfully submitted,

By: */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiff*